UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SAMUEL PAUL TYSON, ET AL. | CIVIL ACTION NO. 17-1427 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| NATIONAL SPECIALTY INSURANCE CO., ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER

Defendants have filed a *Daubert* motion in this case, seeking to strike or limit the testimony of two of Plaintiffs' expert witnesses. Record Document 29. Upon review of the Memorandum in Support, the Court notes that it refers to its attached exhibits without citing to specific page numbers. *See* Record Document 29-1. Defendants are advised that the Court does not read or consider exhibits that are not referred to by page number in a filing. While evidence in support of Defendants' position may technically exist within the exhibits provided, it is incumbent upon Defendants to identify that evidence, and its location, with particularity. The Court does not have a duty to sift through the record in search of evidence to support a party's position. *Malacara v. Garber*, 353 F.3d 393, 405 (5th Cir. 2003); *de la O v. Housing Authority of El Paso*, 417 F.3d 495, 501 (5th Cir. 2005).

Accordingly, Defendants are **ORDERED** to re-file their *Daubert* motion to specifically identify by page number the evidence that supports their contentions. The amended *Daubert* motion is due by **Tuesday, June 2, 2020**.

**THUS DONE AND SIGNED** this 19th day of May, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE